## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT BEACHNER,<br><br>*Plaintiff*,<br><br>v.<br><br>HOWARD UNIVERSITY, et al.,<br><br>*Defendants*. | Civil Action No. 23-494 (TJK) |

### ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 21, is **GRANTED**. Judgment on all remaining counts is hereby **ENTERED** in favor of Defendants. This is a final, appealable order. The Clerk of Court is directed to close the case.

**SO ORDERED**.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: March 25, 2025