UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **KURT BEACHNER,**<br><br>                              *Plaintiff*,<br><br>v.<br><br>**HOWARD UNIVERSITY et al.,**<br><br>                              *Defendant*. | Case No. 1:23-cv-00494-TJK |

## NOTICE OF APPEAL

Plaintiff Kurt Beachner, by and through counsel, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit, the United States District Court for the District of Columbia's June 21, 2023 Order granting in part Defendant's Motion to Dismiss and March 25, 2025 Order granting Defendant's Motion for Summary Judgment and all interim orders.

Date: April 24, 2025                              Respectfully submitted,

                                                            */s/ David A. Branch*
                                                            David A. Branch
                                                            DC Bar # 438764
                                                            Law Offices of David A. Branch &
                                                            Associates, PLLC
                                                            1200 Connecticut Ave, NW
                                                            Suite 500
                                                            Washington, DC 20036
                                                            davidbranch@dbranchlaw.com
                                                            (202) 785-2805 phone

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2025, the foregoing was served electronically via the CM/ECF filing system on all counsel of record for Defendant listed below.


**Jeffrey J. Pargament, Esq.**
Pargament & Hallowell, PLLC 1776
K Street N.W., Suite 825
Washington, D.C. 20006
Phone: (202) 775-0707
Fax: (202) 775-0733
Email: jpargament@pandhlaw.com

**Frank C. Gulin, Esq.**
Pargament & Hallowell, PLLC
1776 K Street N.W., Suite 825
Washington, D.C. 20006
Phone: (202) 775-0707
Fax: (202) 775-0733
Email: fgulin@pandhlaw.com

*Counsel for Defendant.*

                                                */s/ David A. Branch*
                                                David A. Branch